## Torok Unemployment Compensation Case.

Argued November 16, 1966. *Mary C. Torok,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Tschippert *v.* Continental Casualty Company, Appellant.

Argued November 14, 1966. *William C. Walker,* with him *Dickie, McCamey & Chilcote,* for appellant; *Thomas Lewis Jones,* with him *White, Jones & Gregg,* for appellee.

Judgment affirmed.

## Warehouse Builders & Supply, Inc. *v.* Mitchell et ux., Appellants.

Argued November 15, 1966. *Paul A. Simmons,* with him *Tempest & Simmons,* for appellants; *Robert L. Ceisler,* for appellee.

Judgment affirmed.